# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OREN PANITCH, et al.,** : | |
|     **Plaintiffs,** : | |
| : | |
| **v.** : | Civ. No. 16-4586 |
| : | |
| **THE QUAKER OATS COMPANY,** : | |
|     **Defendant.** : | |
| : | |

## O R D E R

**AND NOW**, this 5th day of April, 2017, upon consideration of Defendant's Motion to Transfer or Stay (Doc. No. 5), Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Transfer or Stay (Doc. No. 9), Defendant's Notice of Supplemental Authority (Doc. No. 14), Defendant's Reply in Support of Motion to Transfer or Stay (Doc. No. 19), Plaintiffs' Sur-Reply in Opposition to Defendant's Motion to Transfer or Stay (Doc. No. 20), and all related submissions, it is hereby **ORDERED** that the Motion (Doc. No. 5) is **GRANTED** for the reasons stated in the accompanying Memorandum (Doc. No. 21). The **CLERK OF COURT** shall **TRANSFER** this case to the United States District Court for the Northern District of Illinois, and shall **CLOSE** this case.

    **AND IT IS SO ORDERED**.

    */s/ Paul S. Diamond*
    _____
    Paul S. Diamond, J.